UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR97-5334RJB |
| Plaintiff, | ORDER |
| v. | |
| LEE RUSHING, | |
| Defendant. | |

This matter comes before the court on the Motion for Early Termination of Supervised Release (Dkts. 218 & 219) filed *pro se* by the defendant. The motion was filed by means of a letter and attachments filed by the defendant under said Docket Numbers. The court deems the letter to be a Motion for Early Termination of Supervised Release. The noting date for said motion was set by the clerk for October 25, 2013. Neither government's counsel nor the probation department have responded to the motion. The court desires responses to the motion from both the government and probation office, and therefore the motion is RENOTED for December 6, 2013, and responses from the government and the probation department on or before that date are hereby requested.

    IT IS SO ORDERED.

ORDER- 1

1   The Clerk is directed to send uncertified copies of this Order to all counsel of record and
2   to any party appearing *pro se* at said party's last known address.   Copies of this order should be
3   sent to the Probation Office and to defendant Rushing at the address listed in his motion.
4   Dated this 22nd day of November, 2013.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER- 2