UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>LEE RUSHING,<br><br>                    Defendant. | CASE NO. CR97-5334RJB<br><br>ORDER DENYING MOTION FOR TERMINATION OF SUPERVISED RELEASE |

      This matter comes before the court on the defendant's letter requesting termination from supervised release (Dkt. 218). The court has considered the letter, which the court deems to be a motion, the attachments thereto, and the response of both the Probation Office and the plaintiff.

      The court agrees with the position of probation that the court should not consider termination of supervised release until at least one year following the commencement of supervised release, in the absence of extraordinary circumstance. To terminate supervised release earlier would be to downgrade the importance of supervised release in the sentencing process.

1  Mr. Rushing has apparently done well on supervised release and is doing everything
2 requested of him, and should consider making further motion for early termination after the
3 expiration of one year of supervision. Therefore, it is now
4  ORDERED that the letter/motion for termination of supervised release (Dkt. 218) is
5 DENIED.
6  The Clerk is directed to send uncertified copies of this Order to all counsel of record and
7 to any party appearing *pro se* at said party's last known address.
8  Dated this 10th day of December, 2013.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge